## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

STACIE W.,[1]               )
     *Plaintiff*,        )
                 )
        v.        )     Civil No. 3:23-cv-687-RCY-SLS
                 )
LELAND DUDEK,[2]      )
Acting Commissioner of Social Security,  )
     *Defendant*.      )
_____)

### FINAL ORDER
### (Adopting Report and Recommendation of the Magistrate Judge)

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Summer L. Speight entered on February 5, 2025 (ECF No. 17). The time to file objections has expired, and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED that:

(1)    The Report and Recommendation (ECF No. 17) is ACCEPTED and ADOPTED as the OPINION of the Court;

(2)    Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED.

(3)    Defendant's Motion for Summary Judgment (ECF No. 16) is GRANTED.

(4)    The final decision of the Commissioner is AFFIRMED.

(5)    The Clerk is DIRECTED to CLOSE this case.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

                             /s/
                     Roderick C. Young
Date: February 25, 2025      United States District Judge
Richmond, Virginia

_____

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts refer to claimants by first name and last initial in social security cases.

[2] Leland Dudek became the Acting Commissioner of Social Security in February 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he has been substituted for the former Commissioner as Defendant in this action. 42 U.S.C. § 405(g).